RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Travonte Derrane Hughes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>TRAVONTE DERRANE HUGHES,<br><br>           Defendant. | Case No. 2:23-cr-00004-GMN-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Travonte Derrane Hughes, that the Revocation Hearing currently scheduled on March 5, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties need additional time to allow Mr. Hughes to get back into compliance before proceeding with the revocation hearing.

　　　　2.　　The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 22nd day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVONTE DERRANE HUGHES,<br><br>    Defendant. | Case No. 2:23-cr-00004-GMN-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 5, 2024 at 11:00 a.m., be vacated and continued to  May 7, 2024  at the hour of 10:00 a.m.

DATED this  22  day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

3